

Company: ENKOGS1  Property: Econo Lodge Inn - Fulton Rockport
EconoLodge Balance Sheet
As of 11/30/2020

| Item | YTD | YTD Last Year |
|---|---:|---:|
| **Assets** | | |
| **CURRENT ASSETS** | | |
| **Cash** | | |
| Main Operating Account | 15,225 | 13,679 |
| Cash Deposit Account | -5,283 | 0 |
| GM Account | -945 | 0 |
| House Bank Account | 500 | 500 |
| **Total Cash** | **9,497** | **14,179** |
| **Account Receivables** | | |
| A/R - Guest Ledger | 7,724 | 24,341 |
| A/R - American Express | -2,874 | -103 |
| A/R - MC/Visa | -2,550 | -4,976 |
| A/R - Discover | -1,461 | 708 |
| A/R - City Ledger | 15,086 | 0 |
| A/R - Advance Deposit | -3,061 | -25,119 |
| **Total Receivables** | **12,865** | **-5,149** |
| **Inventory** | | |
| Inventory - Food | 1,920 | 954 |
| Inventory - Beverage | 18 | 137 |
| **Total Inventory** | **1,937** | **1,091** |
| **Prepaid Expenses** | | |
| Prepaid Legal Fees | 55,830 | 0 |
| Prepaid expenses | 51,600 | 20,064 |
| **Total Prepaid Expenses** | **107,430** | **20,064** |
| **Total Current Assets** | **131,729** | **30,185** |
| **PROPERTY AND EQUIPMENT** | | |
| Room Renovations | 203,069 | 2,734 |
| Land and Building | 1,991,860 | 2,341,892 |
| Furniture, Fixtures and Equip | 1,700,000 | 0 |
| Accumulated Depreciation | -148,621 | 0 |
| **Total Property and Equipment (net)** | **3,746,308** | **2,344,626** |
| **OTHER ASSETS** | | |
| Utility Deposit | 4,025 | 0 |
| **Total Other Assets (net)** | **4,025** | **0** |
| **TOTAL ASSETS** | **3,882,062** | **2,374,811** |

12/17/2020 at 5:55:28 PM

Company: ENKOGS1  Property: Econo Lodge Inn - Fulton Rockport
EconoLodge Balance Sheet
As of 11/30/2020

| Item | YTD | YTD Last Year |
|---|---:|---:|
| **Liabilities and Owners' Equity** | | |
| **CURRENT LIABILITIES** | | |
| Accounts Payable | 309,214 | 102,333 |
| Sales Tax Payable | 28,328 | 39 |
| County Bed Tax Payable | -81,919 | -14,208 |
| City Bed Taxes Payable | -27,403 | 1,839 |
| Payroll Liabilities | 1,150 | 610 |
| Tips Payable | -77 | -71 |
| Accrued Expenses | 11,764 | 9,795 |
| Accrued Property Taxes | -1,560 | -1,560 |
| **Total Current Liabilities** | **239,496** | **98,776** |
| **NON-CURRENT LIABILITIES** | | |
| Loan Payable - Member | 2,276,964 | 2,278,802 |
| **Total Non Current Liabilities** | **2,276,964** | **2,278,802** |
| **OWNERS' EQUITY** | | |
| Members Equity | 1,609,996 | 189,862 |
| Current Earnings | -244,395 | -192,630 |
| **Total Owners' Equity** | **1,365,601** | **-2,767** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **3,882,062** | **2,374,811** |

12/17/2020 at 5:55:28 PM